IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GILBERTO RODRIGUEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 09-121 Erie |
| v. ) | |
| ) | |
| U.S. FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM ORDER**

This habeas corpus action was received by the Clerk of Court on June 16, 2009 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 11], filed on February 14, 2011, recommended that the Petitioner's Petition for Writ of Habeas Corpus be denied. The parties were allowed fourteen (14) days from the date of service to file objections. Service was made on the Petitioner by certified mail and on the Respondent. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 8th day of March, 2011;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DENIED.

The Report and Recommendation [ECF No. 11] of Magistrate Judge Baxter, filed on February 14, 2011 is adopted as the opinion of the Court.

                                                      s/ Sean J. McLaughlin
                                                      United States District Judge

cm: All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge